63326. WORTHINGTON v. WORTHINGTON.

DEEN, Presiding Judge.

The decision of the Court of Appeals in Division 1 of this case having been reversed by the Supreme Court on March 17, 1983, our decision in Division 1 of *Worthington v. Worthington,* 162 Ga. App. 813 (292 SE2d 861) (1982), is hereby vacated and the judgment of the Supreme Court is made the judgment of this court.

*Judgment affirmed in part and reversed in part. Sognier and Pope, JJ., concur.*

DECIDED APRIL 28, 1983.

*J. Corbett Peek, Jr., James Garland Peek,* for appellant.
*Thomas Henry Nickerson,* for appellee.